THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
In The Interest Of: Thomas Dominick S.,       
Appellant.
 
 
 

Appeal From Colleton County
Gerald C. Smoak, Jr., Family Court 
 Judge

Unpublished Opinion No. 2003-UP-195
Submitted January 29, 2003  Filed March 
 13, 2003

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia; 
 for Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, Assistant Attorney General Deborah R. J. Shupe, 
 of Columbia; for Respondent.
 
 
 

PER CURIAM: Thomas S. was convicted of three 
 counts of committing a lewd act on a minor.  He was sentenced to an indeterminate 
 sentence not to exceed his twenty-first birthday, and placed in a sex offenders 
 group.  Thomas appeals, arguing the trial court should have directed a verdict 
 of acquittal due to insufficiency of the evidence.  Appellate counsel has filed 
 a final brief and a petition to be relieved.  Thomas did not file a pro 
 se response.
After a thorough review of the record on appeal 
 pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we grant counsels petition 
 and dismiss the appeal.
APPEAL DISMISSED.
HEARN, C.J., GOOLSBY, and SHULER, JJ., concur.